**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1978**

---

BERTHA BIAS, Widow of Cecil Bias,

Petitioner,

versus

SHARPLES COAL CORPORATION; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(98-650-BLA)

---

Submitted: April 10, 2000        Decided: September 12, 2000

---

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roger D. Forman, FORMAN & CRANE, L.C., Charleston, West Virginia,
for Petitioner. William S. Mattingly, JACKSON & KELLY, Morgantown,
West Virginia, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bertha Bias, widow of Cecil Bias, seeks review of the Benefits Review Board's decision and order reversing the Administrative Law Judge's decision to grant black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record confirms that the Board's conclusion that the ALJ's decision was not based upon substantial evidence is correct and we further find that the Board's decision is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Bias v. Sharples Coal Co., BRB No. 98-650-BLA (B.R.B. June 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2